

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00322-CR

Christopher Andrew Jasso,
Appellant

v.

The State of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2339-CR-B
The Honorable William Old, Judge Presiding

## O R D E R

Patricia M. Wagner's notification of late reporter's record is hereby GRANTED. The reporter's record is due on or before October 14, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court